UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM HOLLAND,<br>           Plaintiff,<br>    v.<br>DOCUSIGN, INC.,<br>           Defendant. | Case No. 25-mc-80091-SK<br><br>**ORDER REGARDING REPLY** |

"A district court may grant an application pursuant to 28 U.S.C. § 1782 where (1) the person from whom the discovery is sought resides or is found in the district of the district court to which the application is made, (2) the discovery is for use in a proceeding before a foreign tribunal, and (3) the application is made by a foreign or internal tribunal or any interested person." *In re Republic of Ecuador*, 2010 WL 3702427, at *2, (N.D. Cal., Sept. 15, 2010); s*ee also* 28 U.S.C. § 1782(a). DocuSign filed a statement of non-opposition, stating that it does not oppose the application, so long as the Court determines that Tom Holland ("Holland") demonstrates all of the legal requirements for the requested subpoena. Upon review of Holland's application, the Court finds that Holland fails to explain what, if any, proceeding in a foreign tribunal is pending and what the relationship is between himself and Bianca Holland, the person for whom Holland seeks the discovery. Therefore, the Court DIRECTS Holland to address these issues in his reply in support of his application. The Court FURTHER ORDERS that Holland's deadline to file his

///

///

///

///

1  reply is CONTINUED to May 30, 2025, in order to provide sufficient Holland with sufficient
2  time.
3      **IT IS SO ORDERED**.
4  Dated: May 19, 2025



SALLIE KIM
United States Magistrate Judge